# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

**DEWITT L. DAILEY, JR.,**

    **Plaintiff,**

v.                                  Case No. 1:17cv55-MW/GRJ

**SADIE DARNELL,**

    **Defendant.**

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 33, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 34. Accordingly,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for Plaintiff's failure to comply with an order of the Court and failure to state a claim upon which relief may be granted." The Clerk shall close the file.

**SO ORDERED on January 9, 2018.**

                                            s/Mark E. Walker        \_\_\_\_
                                            **United States District Judge**